# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| MICKEL A. THOMAS, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:15-cv-132 |
| v. | * |
| CAPTAIN VANESSA MASSEY; CAPTAIN RANDY AUSTIN; MAJOR MICHAEL HEATH; COLONEL JUDY LOWE; and NURSE TAWANA HALL, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's January 12, 2016, Report and Recommendation, dkt. no. 9, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims against Defendants Vanessa Massey, Randy Austin, and Michael Heath. Plaintiff's claims against Defendants Judy Lowe and Tawana Hall remain pending.

**SO ORDERED**, this 3 day of February, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)