# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MICKEL A. THOMAS, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-132 |
| v. | * | |
| CAPTAIN VANESSA MASSEY; CAPTAIN RANDY AUSTIN; MAJOR MICHAEL HEATH; COLONEL JUDY LOWE; NURSE TAWANA HALL, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's February 3, 2016, Report and Recommendation, dkt. no. 13, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma* pauperis. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 29 day of Febuary, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)